JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EDUARD ARAMOVICH VARDANYAN,

               Petitioner,

    v.

KRISTI NOEM, et al.,

               Respondents.

Case No. 5:26-cv-00423-MRA-RAO

**JUDGMENT**

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: May 04, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE